UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

BRYAN GIVENS and wife, EMILY GIVENS,   )
)
     Plaintiffs,     )
)     **Case No. 3:13-cv-00300**
v.     )     **Judge Aleta A. Trauger**
)
BATAVIA SERVICES, INC.,     )
)
     Defendants.     )

## ORDER

For the reasons set forth in the accompanying Memorandum, the plaintiffs' Motion to

Remand (Docket No. 7) is hereby **DENIED**.

It is so **ORDERED**.

Enter this 20th day of May 2013.

_____
ALETA A. TRAUGER
United States District Judge

1